# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| | § CASE NUMBER 6:22-CR-00003-JDK |
| v. | § |
| | § |
| | § |
| JEFFREY PAUL MADISON (7), | § |
| | § |

## O R D E R

This case is set for **Pretrial Conference** on **MONDAY, JULY 11, 2022 at 1:30 p.m.**, **Jury Selection and Trial set on MONDAY, JULY 18, 2022 at 9:00 a.m.** before United States District Judge **Jeremy D. Kernodle** in Tyler, Texas.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **MONDAY, JUNE 20, 2022** at **12:00 p.m.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause for the delay.

**So ORDERED and SIGNED this 9th day of June, 2022.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE